### TURPIN v. THE STATE.—In error.

Saturday,    INDICTMENT against three persons for a riot.   Plea, not
June 6.      guilty.   Verdict of guilty as to one, and of not guilty as to the
             others.   *Held,* that upon this verdict, a judgment could not be
             rendered against the defendant found guilty.   *Aliter,* if the
             indictment had been against the defendants together with
             others whose names were unknown.   1 Russ. on Crimes, 267.
             *Reg.* v. *Soley et al.*   2 Salk. 594.—*Rex* v. *Scott et al.*   3 Burr.
             1262.—2 Chitt. C. L., 488 (1).

(1) A riot is where *three* or more actually do an unlawful act of violence.   3 Inst. 176.   An indictment, however, against *A.* for that he, *together with divers other persons to the jurors unknown,* committed the offence, is good.   *Anon.* 3 Salk. 317.